IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

GLEN MCGHEE,

      Appellant,

v.

SOUTHERN ASSOCIATION OF
COLLEGES AND SCHOOLS
COMMISSION ON COLLEGES,
INC.,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-1231

_____/

Opinion filed February 6, 2015.

An appeal from the Circuit Court for Bay County.
Hentz McClellan, Judge.

Glen McGhee, pro se, Appellant.

Michael P. Dickey and Jeffrey S. Carter of Barron & Redding, P.A., Panama City,
for Appellee.

PER CURIAM.

      AFFIRMED.

ROBERTS, CLARK, and ROWE, JJ., CONCUR.